AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| The Whiskey Ginger, LLC<br>*Plaintiff(s)*<br>v.<br>The Partnerships and Unincorporated Associations Identified on Schedule A<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-04081 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LLZNG and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith A. Vogt (IL Bar No. 6207971; FL Bar No. 1036084)
Keith A. Vogt PLLC
1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: April 15, 2026

(By) DEPUTY CLERK

Civil Action No. 1:26-cv-04081

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LLZNG and all other Defendants identified in the Complaint

was received by me on *(date)* April 23, 2026 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: See attached Declaration of Service

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 23, 2026

/s/ Keith A. Vogt

*Server's signature*

Keith A. Vogt, Attorney

*Printed name and title*

1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801

*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset