**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE WHISKEY GINGER, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04081

Judge Thomas M. Durkin

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 1 | LLZNG |
| 2 | panlongqusichaobaihuoshanghang |
| 3 | jinchengshimeishiwenhuayishuchuanmeiyouxiangongsi |
| 5 | Zhoupeng321 |
| 6 | PuYangCuiPingZhongZhiJia |
| 7 | BBUAN |
| 8 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 9 | jisneh |
| 10 | hebishishifanquouxingshangmaoyouxiangongsi |
| 11 | GuangZhouChaZiRouDianZiShangWuYouXianGongSi |
| 12 | chibotubingdianzi |
| 13 | heyuanzhangmaifuzhuang |
| 14 | ywyxgs |
| 15 | AnZhenJianZhuGongCheng |
| 16 | ShiChiSiWenSanaoYuXiaGongSi |
| 18 | MingHeJianCai |
| 19 | HengYangXianZhaoWanShangMaoYouXianGong |
| 20 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 22 | shanxifengyuanshebeianzhuang |
| 23 | lyxrrdq |

| 24 | 海冯边玩具 |
|----|-----------|
| 25 | zhiuen |
| 26 | 车氪配科技店 |
| 27 | henanshengkujianzhuzhuangshi |
| 28 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 29 | 范书柜收纳 |
| 30 | FFYS |
| 31 | DingYuTing |
| 32 | 义乌市腾劲商贸有限公司 |
| 33 | haiyangyuxiangshuichanyouxiangongsi |
| 34 | 车贤饰内店 |
| 35 | BEIBEEe |
| 36 | GuangZhouYiWuShangMao |
| 37 | 金华市淑徽服饰有限公司 |
| 38 | LianGuangWuZiXiaoShou |
| 39 | 贫铭商贸 |
| 40 | dongguanshijinhonggongyipin |
| 41 | yunyangshanmao |
| 42 | anyuanxiantongchuangmaoyiyouxiangongsi |
| 43 | lingyeca |
| 44 | 邢凋商贸 |
| 48 | Hua Tuan Minh |
| 50 | HAMINHTHUAN |
| 52 | PUChengyoustore |
| 53 | TIPXINH |
| 54 | moonStar |

DATED:  May 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 26, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt